# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 3:19-MJ-00089-DMS |
| Priority Mail parcel 9505 5106 0809 9043 1665 48 addressed to "Virgil Porter, PO Box 73, Sand Point, AK 99661" | ) ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail parcel 9505 5106 0809 9043 1665 48 addressed to "Virgil Porter, PO Box 73, Sand Point, AK 99661" which is currently located at 341 W. Tudor Road STE 208, Anchorage, AK 99503.

located in the _____ District of _____Alaska_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances, namely methamphetamine, heroin, cocaine, LSD, MDMA, and associated packing material.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| USC Title 21 Section 841(a)(1) | Controlled substances |
| USC Title 18 Section 1716 | Non-mailable matter |
| USC Title 21 Section 843(b) | Communication facility |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Jared Lonborg, U.S. Postal Inspector
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/25/19

City and state: Anchorage, AK

_____
*Judge's signature*

_____
*Printed name and title*