

USPS shipping label (shown upside down):

UNITED STATES POSTAL SERVICE

*Retail*

US POSTAGE PAID

**P**

**$20.05**

Origin: 99611
02/12/19
0245240611-11

PRIORITY MAIL 3-Day ®

1004

18 Lb 0.2 Oz

FEB 2 5 2019

EXPECTED DELIVERY DAY: 02/15/19

B001

SHIP TO:
PO BOX 73
SAND POINT AK 99661-0073

USPS TRACKING NUMBER

9505 5106 0809 9043 1665 48

Handwritten:
99661

SAND Point,
PO Box 73
Vinyl for the...

Vibrie
Box 73
Sand Point AK
99661

PP
**SDP**
02/13/19
ANC -> KO-65
RSSPP1VXBH18
WGT: 018
AR:SDP 08:05
LU:RNC 06:00
ORG:RNC: LCSI
066:RNC
29
99661

3:19-MJ-00089-DMS
Inspection Service
Exhibit
1

Label 113, July 1987