Case NO.: _____

SEARCH WARRANT NO._____

ATTACHMENT IN SUPPORT OF AFFIDAVIT FOR SEARCH WARRANT

TRAINING RECORD OF SCENT DETECTION CANINE TEAM

Officer C. Scott & K-9 "Skye"



The facts tending to establish the forgoing grounds for issuance of a search warrant are as follows:

1. The affiant is Officer CATHERINE SCOTT, who has been employed as a certified Police Officer for the State of Alaska with the Ted Stevens Anchorage International Airport Police Department since November 2016. I attended the following training; Alaska Law Enforcement Training Academy in Sitka, Alaska (1,009 hours), which included 8 hours of controlled substance identification, 16 hours of search and seizure and 8 hours of search warrants. I have been assigned as the Anchorage Airport Police K-9 Handler since November 2017. The affiant completed a 200 hour Drug Detection Handling course through Kasseburg Canine Training in New Market, AL with K-9 "Skye" in October through November 2017.

2. K-9 "Skye" is a female Belgian Malinois. K-9 "Skye" completed a 200 hour Single Purpose Drug Detection K-9 Academy on November 10, 2017. K-9 "Skye" is certified in the detection of controlled substances: **Cocaine, Heroin, and Methamphetamine** on November 10, 2017 with Kesseburg Canine Training and on November 17, 2017 with NNDDA.

3. From October 10, 2018 (most recent certification) to present, K-9 SKYE has been commanded to sniff for the presence of the odor of controlled substances approximately \_139\_ times during scent detection training and has indicated on \_139\_ of the training substances when commanded. K-9 "Skye" performs blank training searches where no controlled substances are present and also trains in a variety of environments and conditions including luggage, vehicles, boxes, residences, offices, warehouses, schools, and open areas as part of her maintenance training.

4. SPECIFICS:

On 2/21/19, at about 1100 hours, I was requested by US Postal Inspector Lonborg to conduct a K-9 Sniff with K9- SKYE on a suspect parcel at USPIS Anchorage Domicile. I was briefed about the suspicions regarding the parcel/package. The Parcel was placed in the breakroom located at the USPIS Anchorage Domicile. I conducted a K-9 drug detection sniff with K-9 SKYE in the area containing the parcel, a Priority Mail, bearing tracking number 9505 5106 0809 9043 1665 48. On 2/21/19 at about 1145 hours, K9 SKYE displayed "Alert" behavior and then "Indicated" at the parcel for the presence of the odor of controlled substances emitting from parcel.

FEB 2 5 2019

Ofc. Catherine Scott

2/21/19

No Notary available

3:19-MJ-00089-DMS
Inspection Service
Exhibit
2
Label 113, July 1987